Argued April 24, affirmed June 27, 1978

ROGER ALLEN, *Petitioner,*
*v.*
OREGON STATE PENITENTIARY, *Respondent.*
(No. 11-77-208, CA 9800)
579 P2d 1309

Stephanie A. Smythe, Deputy Public Defender, Salem, argued the cause for petitioner. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Melton v. OSCI,* 34 Or App 951, 580 P2d 572 (1978).